UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
July 24, 2024
Nathan Ochsner, Clerk

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | CRIMINAL NO: **4:24-cr-00383** |
| v. | § | |
| CARLOS ALBERTO TRIGUEROS-BIOJO | § | |

## ORDER FOR ISSUANCE OF SUMMONS

It appearing to the Court that a  CRIMINAL INFORMATION  has been filed against the defendant listed, it is hereby

ORDERED that a summons be issued for the appearance of said defendant on 08/02/2024 at 02:00 PM. Upon appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following conditions of release.

Defendant

CARLOS ALBERTO TRIGUEROS-BIOJO

☐ Appearance Bond in the Amount of:
$

SIGNED at Houston, Texas, on  July 24, 2024 .

*Christine A Boyer* (signature)

UNITED STATES MAGISTRATE JUDGE